RAC Corporation *v.* Great Atlantic & Pacific
Tea Company, Inc., et al.
(11280)

DALY, FREEDMAN and SCHALLER, Js.

Argued March 23—decision released April 13, 1993

*Joseph R. Mirrione,* for the appellant (plaintiff).

*Stuart A. Margolis,* with whom was *Peter A. Berdon,*
for the appellee (named defendant).

*James P. Driscoll,* for the appellees (defendant Remo
Tartaglia et al.).

PER CURIAM. The judgment is affirmed.